UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA ex rel. DAN BISK, :
STATE OF NEW YORK ex rel. DAN BISK, :
                                                                  :
                    Plaintiffs,                                   :    **CONSENT JUDGMENT**
                                                                  :
           -against-                                              :    06 Civ. 15296 (LAK)
                                                                  :
WESTCHESTER MEDICAL CENTER,                                       :
WESTCHESTER COUNTY HEALTH CARE                                    :
CORPORATION,                                                      :
                                                                  :
                    Defendants.                                   :
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                                         :
                                                                  :
                    Plaintiff-Intervenor,                         :
                                                                  :
           -against-                                              :
                                                                  :
WESTCHESTER COUNTY HEALTH CARE                                    :
CORPORATION d/b/a WESTCHESTER MEDICAL                             :
CENTER,                                                           :
                                                                  :
                    Defendant.                                    :
------------------------------------------------------------------x





Upon the consent of the United States of America, defendant Westchester County Health Care Corporation d/b/a Westchester Medical Center ("WMC"), and Relator, following entry of a stipulation and order of settlement and dismissal; it is hereby ORDERED, ADJUDGED AND DECREED: that the United States of America is awarded judgment in the sum of $18,800,000 as against WMC, plus any and all applicable post-judgment interest as permitted by law.

Consented to by:

| For the United States: | For the Relator: |
|---|---|
| Dated: New York, New York<br>May 13, 2015 | Dated: New York, New York<br>May 13, 2015 |
| PREET BHARARA<br>United States Attorney for the<br>Southern District of New York | SADOWSKI FISCHER PLLC |
| By: _____<br>REBECCA C. MARTIN<br>CHRISTINE S. POSCABLO<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007 | _____<br>ROBERT W. SADOWSKI, Esq.<br>ANDREA FISCHER, Esq.<br>RAPHAEL KATZ, Esq.<br>39 Broadway, Suite 1540<br>New York, New York 10006 |

For WMC:

Dated: New York, New York
May 13, 2015

ROPES & GRAY LLP

By: _____
STEPHEN A. WARNKE, Esq.
BRETT R. FRIEDMAN, Esq.
1211 Avenue of the Americas
New York, NY 10036-8704

WMC

By: _____
JULIE SWITZER
Executive Vice President and
General Counsel

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
_____, 2015

Consented to by:

| For the United States: | For the Relator: |
|---|---|
| Dated: New York, New York<br>May 13, 2015 | Dated: New York, New York<br>May 13, 2015 |
| PREET BHARARA<br>United States Attorney for the<br>Southern District of New York | SADOWSKI FISCHER PLLC |
| By: _____<br>REBECCA C. MARTIN<br>CHRISTINE S. POSCABLO<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007 | ROBERT W. SADOWSKI, Esq.<br>ANDREA FISCHER, Esq.<br>RAPHAEL KATZ, Esq.<br>39 Broadway, Suite 1540<br>New York, New York 10006 |

For WMC:

Dated: New York, New York
May 13, 2015

ROPES & GRAY LLP

By: /s/ Stephen A. Warnke
STEPHEN A. WARNKE, Esq.
BRETT R. FRIEDMAN, Esq.
1211 Avenue of the Americas
New York, NY 10036-8704

WMC

By: /s/ Julie Switzer
JULIE SWITZER
Executive Vice President and
General Counsel

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        5/13, 2015